United States District Court
Southern District of Texas
**ENTERED**
May 06, 2024
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| **ZANE ROBINSON,** § | |
| § | |
| **Plaintiff,** § | |
| § | |
| **VS.** § | **CIVIL ACTION NO. 4:23-CV-4290** |
| § | |
| **BRAHMA GROUP, INC.** *et al*, § | |
| § | |
| **Defendants.** § | |
| § | |

## FINAL JUDGMENT

Plaintiff Zane Robinson brought this suit against Defendants Brahma Group, Inc.; Terra Millenium Corporation; TMC Buyer, Inc.; and TMC Parent Holdings Corp. On May 3, 2024, the Court granted Defendants' Motion to Dismiss for *Forum Nonconveniens*.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth in the Court's Memorandum and Order, final judgment is hereby **ENTERED** for Defendants. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 3rd day of May, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE